**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHYLLIS A. PACIULLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-196 |
| ) | Judge Nora Barry Fischer |
| INDIA GARMENTS, INC., EXPRESSIONS ) | Magistrate Judge Patricia L. Dodge |
| CATALOGUE, POTPOURRI GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 23rd day of June, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Patricia L. Dodge on June 4, 2025, (Docket No. 22), recommending that the Motion to Dismiss for Lack of Jurisdiction filed by Defendant India Garments, Inc. be denied but that the case be transferred to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1631, and indicating that objections were due by June 18, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, (Docket No. 22), which is ADOPTED as the Opinion of this Court,

IT IS HEREBY ORDERED that Defendant India Garments, Inc.'s Motion to Dismiss for Lack of Jurisdiction [5] is DENIED and this matter will be transferred to the U.S. District Court for the District of New Jersey pursuant to 28 U.S.C. § 1631, as the Court agrees with the Magistrate Judge's conclusion that although personal jurisdiction is lacking as to Defendant

India Garments, Inc., the appropriate disposition is a transfer to the District of New Jersey where said Defendant has its principal place of business and this action could have been filed at the outset;

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1631, this case is transferred to the U.S. District Court for the District of New Jersey, forthwith; and,

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

United States Magistrate Judge Patricia L. Dodge